UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES SECURITIES AND
EXCHANGE COMMISSION,

      Plaintiff,

v.                                    Case No. 8:9-cv-910-VMC-JSS

WELLCARE HEALTH PLANS, INC.,

      Defendant.

_____/

## ORDER

This matter comes before the Court pursuant to Plaintiff Securities and Exchange Commission's (the "Commission") Motion and Memorandum of Law for an Order to Transfer Funds for a second distribution (Doc. # 54). Upon review of the Motion, and for good cause shown, the Motion is granted.

Accordingly, it is now

**ORDERED, ADJUDGED,** and **DECREED:**

1. The Clerk of Court shall issue a payment in the amount of $358,499.19 (the "Fund") payable to "WellCare Health Plans Fair Fund," by ACH transfer to the escrow account established at Huntington National Bank, under case name designation: "SEC v. WellCare Health Plans, Inc., et al.". The payment will be issued pursuant to information provided by Commission staff.

1

2. The Distribution Agent shall deposit the Fund in the escrow account established at Huntington National Bank pursuant to the Plan of Distribution approved by this Court on December 21, 2021.

3. The Distribution Agent shall distribute the Funds to all 315 Eligible Claimants in accordance with the terms of the Distribution Plan.

**DONE** and **ORDERED** in Chambers in Tampa, Florida, this 18th day of March, 2026.

VIRGINIA M. HERNANDEZ COVINGTON
UNITED STATES DISTRICT JUDGE

2